**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

|  |  |
|---|---|
| KENNETH BOATRIGHT,<br><br>      Plaintiff,<br><br>    v.<br><br>DISCOUNT AUTO PARTS, LLC, and<br>ENERGIZER HOLDINGS, INC.,<br><br>      Defendants. | CIVIL ACTION NO.: 5:24-cv-58 |

**SIXTH AMENDED SCHEDULING ORDER**

Defendant Energizer Holdings, Inc., filed a Consent Motion to Extend Discovery Period and Amend Scheduling Order.  Doc. 60.  The Motion explains that the parties need additional time to schedule the deposition of Plaintiff's treating physician.  Id. at 2.  Therefore, it asks the Court to extend the expert witness deposition deadline.  Id.  All parties consent to this Motion. Id.  Upon due consideration and for good cause shown, the Court **GRANTS** the Motion and enters the following new deadlines.

| EVENT | DEADLINE |
|---|---|
| Discovery Depositions of Expert Witnesses | June 1, 2026 |
| All Civil Motions (Including Daubert Motions; Excluding Motions in Limine) | June 8, 2026 |
| Depositions of All Witnesses Taken for Use at Trial | July 3, 2026 |
| Proposed Pretrial Order | July 17, 2026 |

All other deadlines and instructions in the Court's previous Orders remain in full force and effect.  Docs. 20, 36, 39, 45, 48, 55.

**SO ORDERED**, this 26th day of May, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA