**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| **KENNETH BOATRIGHT,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civil Action No. 5:24-cv-58** |
| **DISCOUNT AUTO PARTS, LLC, and** | * | |
| **ENERGIZER HOLDINGS, LLC,** | * | |
| | * | |
| **Defendants.** | * | |

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY PERIOD AND AMEND**

**SCHEDULING ORDER FORTY-FIVE (45) DAYS**

**COMES NOW**, Plaintiff Kenneth Boatright, by and through their undersigned counsel and submits Plaintiff's Motion to Extend Discovery Period and Amend Scheduling Order Forty-Five (45) Days in the above-styled case, and shows this Honorable Court the following:

1. Undersigned counsel requires an extension of Forty-Five (45) days to complete witness depositions for use at trial due to the press of other litigation deadlines and the need to fully address the factual and legal issues raised in Defendants' Motions for Summary Judgments.

2. The Parties have been working towards discovery; however, there have been unforeseen circumstances that have delayed the completion of discovery.

3. Defendant Energizer Holdings, Inc., does not oppose the filing of this Motion to Extend Discovery.

4. Consequently, the Plaintiff herein respectfully requests an extension of the discovery deadline in the above-style case by an additional **forty-five (45) days.**

**The Plaintiff requests that the Court amend the current Scheduling Order as follows:**

| EVENT | DEADLINE |
|---|---|
| Depositions of All Witnesses Taken for Use at Trial | August 17, 2026 |
| Proposed Pretrial Order | September 16, 2026 |

5. The Plaintiff recognizes the Court's interest in judicial economy but believes the chances of resolving this case by agreement will increase substantially if the parties are allowed the time necessary to fully evaluate Plaintiff's damages and claims. Defense counsel and Plaintiff counsel will continue to work diligently to get the case resolved.

6. This request is made in good faith and not for purposes of delay. No party will be prejudiced by the granting of this extension.

Respectfully submitted this 25th day of June, 2026.

The Futch Law Firm, P.C.

*/s/ Kenneth E. Futch*
KENNETH E. FUTCH
Georgia Bar No. 281158
*Attorney for Kenneth Boatright*

P.O. Box 687
Alma, GA 31510
T 912 800-9040
F 912 800-9141
kefutch12@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

This 25th day of June, 2026.

The Futch Law Firm, P.C.

**/s/ Kenneth E. Futch**
KENNETH E. FUTCH
Georgia Bar No. 281158
**Attorney for Kenneth Boatright**

P.O. Box 687
Alma, GA 31510
T 912 800-9040
F 912 800-9141
kefutch12@gmail.com